UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KARL CHRISTOPHER FORTENBERRY                    CIVIL ACTION

versus                                          NO. 13-0182

ROBERT TANNER, CCE, WARDEN                      SECTION: "A" (3)

# O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Karl Christopher Fortenberry** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

June 4, 2013

_____
UNITED STATES DISTRICT JUDGE